```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/23/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
OLGA MONTES,
                       Plaintiff,                            19 **CIVIL** 3039 (DF)

        -against-                                  **JUDGMENT**

ANDREW A. SAUL,
Commissioner of Social Security,
                       Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Memorandum and Order dated November 23, 2020, Plaintiff's motion for judgment on the pleadings is granted to the extent it seeks remand for a new hearing before a different ALJ who has been properly appointed pursuant to the Appointments Clause of the United States Constitution, and Defendant's cross-motion for judgment on the pleadings is denied. Judgment is entered in Plaintiff's favor, directing remand.

**Dated:** New York, New York
           November 23, 2020

                                                                **RUBY J. KRAJICK**

                                                                  **Clerk of Court**
                               **BY:**

                                                                  **Deputy Clerk**